**No. 61793.**—Armada Importers, Inc. v. United States, protest 310970–K (New York).

Opinion by JOHNSON, J. In accordance with rule 5 (b) of the rules of this court, as amended, the protest was dismissed for lack of prosecution.